UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re: Pankaj L Patel            Chapter 7
       Jyotiben H Patel           Case No. 17-30759-KKS

           Debtor(s).
_____/

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363(b)(1)

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f). If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, MARY W. COLON, as Trustee in Bankruptcy, by and through her undersigned counsel, and, pursuant to 11 U.S.C. §§ 105(a) & 363, and Rule 6004, Federal Rules of Bankruptcy Procedure, moves this Court for an Order authorizing the sale and transfer of certain property of the estate under the terms and conditions set forth below, stating as follows:

1. Among the assets of the Estate is the following described property (the "**Property**"):

Legal- Lot 7, Block A, less the Northerly 20 feet thereof, of LINDSKOG SUBDIVISION, a subdivision of a portion of Section 11, Township 2 South, Range 31 West, Escambia County, Florida, according to the Plat thereof as recorded in Plat Book 1, Page(s) 79, of the Public Records of said County.

Property - Address: 7100 Lindskog St. Pensacola, FL 32506

By this Motion, the Trustee seeks authority to sell the Property at a private sale on the following terms and conditions, with the Trustee paying the following costs at the closing of the sale:

| Proposed Purchaser | Sale Price | Doc. Stamps | Recording Fee | Total |
|---|---|---|---|---|
| 7100 Lindskog St. Pensacola Land Trust, CDC Capital Investments LLC as Trustee | $3,500.00 | $545.00 | $18.50 | $4,063.50 |

3. The Trustee is not aware of any relationship between the Proposed Purchaser and parties in interest. Additionally, the Trustee believes the selling price is fair and reasonable because, amongst other things, the property is being

sold subject to any and all liens of record.

4. This property is being sold "As, Is, Where Is" with no warranties of any kind. The Trustee makes no representation or warranty of no liens. Any liens the Trustee believes to be existing are listed below:

| Lienholder | Amount | Secured Interest |
|---|---|---|
| Nationstar Mortgage<br>P.O. Box 619063<br>Dallas, TX 75261 | $74,297.00 | First Mortgage |

5. Trustee has noted all liens of which he has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

6. The Trustee is contemporaneously filing a *Notice of Trustee's Intention*

*to Sell Non-exempt Property of the Estate.*

### Basis for Relief Requested

7. Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).

8. The Trustee has fully investigated the marketability of the Property and the value of the Property, and in the Trustee's business judgment, believes that the proposed sale of the Property represents the highest and best offer attainable for the Property. The Trustee represents that the proposed sale was negotiated in good faith and at arm's length, is fair and equitable and in the best interests of the Bankruptcy Estate, and represents a reasonable recover for the Bankruptcy Estate. The Trustee asserts that sound business reasons justify the Trustee's decision to sell the Property upon the terms set forth above.

9. Rule 6004(h) of the Federal Rules of Bankruptcy Procedure provides that "[a]n order authorizing the sale, use or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." The Trustee requests the Court waive such 14-day

stay and order that such relief be effective immediately upon entry of an Order authorizing sale of the Property.

> **NOTICE:** Pursuant to Section 201.02, Florida Statutes, the documentary stamp tax on this sale is calculated by including, as part of the consideration for such transfer, the outstanding principal amount of the mortgage(s) encumbering the property. At the time of the sale, the Trustee will collect any applicable documentary stamp tax, as well as estimated recording charges of **$18.50, and arrange for recording of the Trustee's Deed.**

WHEREFORE, Trustee prays for authority to sell the above described property in accordance with the terms stated herein.

Respectfully Submitted this 09/15/17.

/s/ Mary W. Colon
MARY W. COLON
CHAPTER 7 TRUSTEE
P.O. Box 14596
Tallahassee, Florida 32317
PH: 850.241.0144
TRUSTEE@MARYCOLON.COM

# CLOSING STATEMENT

SELLER:        Mary W. Colon, Esq., Chapter 7 Trustee
               For Estate of Pankaj L Patel, Jyotiben H Patel
               United States Bankruptcy Court Case No.: 17-30759-KKS

BUYER: 7100 Lindskog St. Pensacola Land Trust, CDC Capital Investments
        LLC as Trustee

PURCHASE PRICE:    $3,500.00

PROPERTY: 7100 Lindskog St. Pensacola, FL 32506

CLOSING AGENT:    N/A

CLOSING DATE: _____, 2017

## I. SUMMARY OF BUYER'S TRANSACTION

A. <u>Gross Amount Due from Buyer</u>
1. Purchase Price                                          $ 3,500.00
2. Recording Fees – Deed                                   $     18.50
3. Documentary Stamps (Based upon judgment MORTGAGE liens
   With approximate balance of
   $74,297..............................................................$545.00
4. Filing Fee (reimbursed to Trustee)
5. Photocopies and Postage (reimbursed to Trustee)

B.    <u>Net Amount Due from Buyer</u>                     $4,063.50

## II. SUMMARY OF SELLER'S TRANSACTION

A. <u>Gross Amount Due to Seller</u>
1. Sales price                                             $ 3500.00

    2. Reimbursement of Filing Fee
    3. Reimbursement for Photocopies and Postage

  B. <u>Reductions in Amount Due Seller</u>      $    0.00

  C. <u>Net Amount due to Seller</u>      $ 3500.00

**III. RECEIPTS AND DISBURSEMENTS**

  A. <u>Receipts</u>
    1. Buyer      $4,063.50
  B. <u>Disbursements</u>
    1. Clerk of Court    $563.50
    2. Seller      $3500.00
          TOTAL      $4,063.50

The undersigned acknowledge receipt of this Closing Statement, agree to the correctness of it and authorize the disbursement of funds as shown above.

<u>SELLER</u>             <u>BUYER</u>

_____      _____
Mary W. Colon                7100 Lindskog St. Pensacola Land Trust     CDC Capital Investments LLC as Trustee

Chapter 7 Trustee

               By: _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: PANKAJ L PATEL<br>JYOTIBEN H PATEL | CASE NO: 17-30759<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/15/2017, I did cause a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE,

TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/15/2017

/s/ Mary Colon
Mary Colon  184012
Mary Colon Trustee
P.O. Box 14596
Tallahassee, FL  32317
813 994 9598
potthast.chuck@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE: PANKAJ L PATEL
JYOTIBEN H PATEL

CASE NO: 17-30759

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 9/15/2017, a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE,

TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Colon Trustee
Mary Colon
P.O. Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>11293<br>CASE 17-30759-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PENSACOLA<br>FRI SEP 15 11-29-14 EDT 2017 | 2 PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | 3 BANK OF AMERICA<br>4500 S 129TH AVE<br>STE 177<br>TULSA OK 74134 |
| 4 CHEX SYSTEMS<br>7805 HUDSON RD STE 100<br>ATTN- CUSTOMER RELATIONS<br>SAINT PAUL MN 55125-1703 | 5 COHEN GOLDSTIEN GOTTLIEB LLP<br>LEE S GOLDSTIEN ESQ<br>990 HAMMOND DRIVE<br>STE 990<br>ATLANTA GA 30328-5519 | 6 CONSERVE<br>PO BOX 1528<br>FAIRPORT NY 14450-7528 |
| 7 CRAIG OLMSTEAD<br>234 OFFICE PARK AVE<br>GULF SHORES AL 36542-3432 | 8 DEKALB COUNTY CLERK OF COURT<br>556 N MCDONOUGH ST<br>15CV4427-9<br>DECATUR GA 30030-3355 | 9 INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 10 DEPARTMENT OF THE TREASURY<br>PO BOX 830794<br>BIRMINGHAM AL 35283-0794 | 11 DISCOVER CARD<br>PO BOX 71084<br>CHARLOTTE NC 28272-1084 | 12 EQUIFAX DISPUTES<br>PO BOX 740256<br>ATLANTA GA 30374-0256 |
| 13 EXPERIAN<br>475 ANTON RD<br>COSTA MESA CA 92626-7037 | 14 GLOBAL CLIENT SOLUTIONS<br>4500 S 129TH EAST AVE<br>STE 177<br>TULSA OK 74134-5870 | 15 GULF WINDS FEDERAL CREDIT UNION<br>220 EAST NINE MILE ROAD<br>PENSACOLA FL 32534-3145 |
| 16 HOSPITALITY INTERNATIONAL INC<br>990 HAMMOND DRIVE<br>ATLANTA GA 30328-5529 | 17 ISH HOSPITALITY LLC<br>8837 HWY 87 SOUTH<br>MILTON FL 32583-7530 | 18 NATIONSTAR MORTGAGE<br>PO BOX 619063<br>DALLAS TX 75261-9063 |
| 19 SMALL BUSINESS ADMINISTRATION<br>801 TOM MARTIN DRIVE SUITE 120<br>BIRMINGHAM AL 35211-6424 | 20 SMALL BUSINESS ADMINISTRATION<br>PO BOX 740192<br>ATLANTA GA 30374-0192 | 21 SMALL BUSINESS ADMINISTRATION<br>ST LOUIS DISTRICT OFFICE<br>1222 SPRUCE ST<br>ST 10103<br>SAINT LOUIS MO 63103-2818 |
| 22 TRANSUNION DISPUTES<br>PO BOX 900<br>WOODLYN PA 19094-0900 | 23 UNITED BANK<br>PO BOX 8<br>ATMORE AL 36504-0008 | 24 UNITED STATES ATTORNEY GENERAL<br>OF THE NORTHERN DISTRICT OF FL<br>111 N ADAMS ST<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |
| 25 UNITED STATES ATTORNEYS OFFICE<br>NORTHERN DISTRICT OF FLORIDA<br>PENSACOLA DIVISION<br>21 E GARDEN ST STE 400<br>PENSACOLA FL 32502-5675 | 26 UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF FLORIDA<br>1 N PALAFOX ST<br>14-CV-00565-RV-CJK<br>PENSACOLA FL 32502-5665 | 27 UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 WHITNEY BANK A MISSISSIPPI STATE
CHARTERED BANK FORMERLY KNOWN AS
HANCOCK BANK
2510 14TH ST
GULFPORT MS 39501-1948

29 JYOTIBEN H PATEL
8837 HWY 87 SOUTH
MILTON FL 32583-7530

30 MARTIN S LEWIS
LEWIS  JURNOVOY PA
1100 NORTH PALAFOX ST
PENSACOLA FL 32501-2608

31 MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

*DEBTOR*
32 PANKAJ L PATEL
8837 HWY 87 SOUTH
MILTON FL 32583-7530