UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:                                              Case No.: 17-30759-KKS
PATEL, PANKAJ L                                     Chapter: 7
PATEL, JYOTIBEN H,

DEBTOR(S).
_____/

## TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE AT AUCTION

**TO:** Debtor(s), Creditors, and Parties in Interest

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Page 1 of 4

**NOTICE IS HEREBY GIVEN** that Mary W. Colón, Trustee of the bankruptcy estate of the above-named debtor(s) intends to sell the following property of the referenced bankruptcy estate under the terms and conditions set forth below:

TIME, PLACE AND DATE OF AUCTION:   **Beginning at 10:00 A.M. EASTERN TIME on Saturday, November 25, 2017** at Shuler & Shuler Real Estate Auctioneers, Inc., 422 Julia St., Titusville, Florida 32796. (Contact Auctioneer at (321) 267-8563 or soldfor@soldfor.com  for directions or www.soldfor.com).

Description
of Property :       Interest of Debtors in approximately 2.107 acre commercial lot on Hwy 87 South, Milton County, FL 32583-0000, identified as Santa Rosa County Property ID No. 09-1N-27-0000-01204-0000, described as:

PARCEL A:

Commence at the Northwest corner of Section 9, Township 1 North, Range 27 West, Santa Rosa County, Florida; thence go South 00 degrees 00 minutes 00 seconds East along the West line of said Section 9 a distance of 1530.00 feet; thence departing said West line, go North 90 degrees 00 minutes 00 seconds East 703.00 feet to the Point of Beginning; thence continue North 90 degrees 00 minutes 00 seconds East a distance of 460.41 feet to the Easterly line of a 300.00 foot wide Gulf Power Easement; thence go North 41 degrees 08 minutes 05 seconds West along said Easterly line a distance of 341.23 feet; thence departing said Easterly line, go South 90 degrees 00 minutes 00 seconds West a distance of 253.94 feet; thence go South 00 degrees 00 minutes 00 seconds East a distance of 257.00 feet to the Point of Beginning.  The above described parcel of land is situated in Section 9, Township 1 North, Range 27 West, Santa Rosa County, Florida and contains 2.05 acres.

|  | Lien on title of $<u>zero</u> to be paid from proceeds of sale and pursuant to Court Order. |
|---|---|
| <u>Manner of Sale:</u> | Public auction by Shuler & Shuler Real Estate Auctioneers, Inc., 422 Julia St., Titusville, Florida **(321) 267-8563** |
| <u>Terms of Sale:</u> | Cash basis only at auction; property to be sold **<u>AS IS, WHERE IS no warranties express or implied. (unless noted by Auctioneer). No Buyer's premium.</u>** |

**BUYER RESPONSIBLE FOR ALL TRANSFER TAXES AND/OR FEES, OUTSTANDING LIENS, AND PROPERTY TAXES.**

(a) Sale To:         General Public
(b) Sale Price:      Highest bidder(s) for cash.
(c) Lienors (if any): N/A

If no objection is filed, the property identified will be sold to the highest bidder.

**RESPECTFULLY SUBMITTED** this October 17, 2017.

/s/ Mary W. Colón
**MARY W. COLÓN**
Chapter 7 Trustee
Florida Bar No.: 0184012
Post Office Box 14596
Tallahassee, Florida 32317
(850) 241-0144
trustee@marycolon.com

Page 3 of 4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on October 17, 2017.

/S/ Mary W. Colón
MARY W. COLÓN

Page 4 of 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: PATEL, PANKAJ L<br>PATEL, JYOTIBEN H | CASE NO: 17-30759-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/17/2017, I did cause a copy of the following documents, described below,

Trustee's Report and Notice of Intention to Sell Property of the Estate at Auction,

Notice of Intent to Sell Property of the Estate

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 10/17/2017

/s/ Mary W. Colon
Mary W. Colon  0184012
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL  32317
850 893 4105
janet@marycolon.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

IN RE: PATEL, PANKAJ L
       PATEL, JYOTIBEN H

CASE NO: 17-30759-KKS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 10/17/2017, a copy of the following documents, described below,

Trustee's Report and Notice of Intention to Sell Property of the Estate at Auction,

Notice of Intent to Sell Property of the Estate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.
The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee
Mary W. Colon
P O Box 14596
Tallahassee, FL 32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>11293<br>CASE 17-30759-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PENSACOLA<br>TUE OCT 17 13-20-31 EDT 2017 | 2 GULF WINDS FEDERAL CREDIT UNION<br>CO STEPHEN A ORSILLO<br>POST OFFICE BOX 3637<br>TALLAHASSEE FL 32315-3637 | 3 PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| 4 SHULER SHULER REAL ESTATE<br>AUCTIONEERS INC<br>422 JULIA STREET<br>TITUSVILLE FL 32796-3523 | 5 BANK OF AMERICA<br>4500 S 129TH AVE<br>STE 177<br>TULSA OK 74134 | 6 CHEX SYSTEMS<br>7805 HUDSON RD STE 100<br>ATTN- CUSTOMER RELATIONS<br>SAINT PAUL MN 55125-1703 |
| 7 COHEN GOLDSTIEN GOTTLIEB LLP<br>LEE S GOLDSTIEN ESQ<br>990 HAMMOND DRIVE<br>STE 990<br>ATLANTA GA 30328-5519 | 8 CONSERVE<br>PO BOX 1528<br>FAIRPORT NY 14450-7528 | 9 CRAIG OLMSTEAD<br>234 OFFICE PARK AVE<br>GULF SHORES AL 36542-3432 |
| 10 DEKALB COUNTY CLERK OF COURT<br>556 N MCDONOUGH ST<br>15CV4427-9<br>DECATUR GA 30030-3355 | 11 INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 12 DEPARTMENT OF THE TREASURY<br>PO BOX 830794<br>BIRMINGHAM AL 35283-0794 |
| 13 DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OHIO 43054-3025 | 14 DISCOVER CARD<br>PO BOX 71084<br>CHARLOTTE NC 28272-1084 | 15 EQUIFAX DISPUTES<br>PO BOX 740256<br>ATLANTA GA 30374-0256 |
| 16 EXPERIAN<br>475 ANTON RD<br>COSTA MESA CA 92626-7037 | 17 GLOBAL CLIENT SOLUTIONS<br>4500 S 129TH EAST AVE<br>STE 177<br>TULSA OK 74134-5870 | 18 GULF WINDS FEDERAL CREDIT UNION<br>220 EAST NINE MILE ROAD<br>PENSACOLA FL 32534-3145 |
| 19 HOSPITALITY INTERNATIONAL INC<br>1726 MONTREAL CIRCLE STE 110<br>TUCKER GA 30084-6820 | 20 ISH HOSPITALITY LLC<br>8837 HWY 87 SOUTH<br>MILTON FL 32583-7530 | 21 NATIONSTAR MORTGAGE<br>PO BOX 619063<br>DALLAS TX 75261-9063 |
| 22 SMALL BUSINESS ADMINISTRATION<br>801 TOM MARTIN DRIVE SUITE 120<br>BIRMINGHAM AL 35211-6424 | 23 SMALL BUSINESS ADMINISTRATION<br>PO BOX 740192<br>ATLANTA GA 30374-0192 | 24 SMALL BUSINESS ADMINISTRATION<br>ST LOUIS DISTRICT OFFICE<br>1222 SPRUCE ST<br>ST 10103<br>SAINT LOUIS MO 63103-2818 |
| 25 TRANSUNION DISPUTES<br>PO BOX 900<br>WOODLYN PA 19094-0900 | 26 UNITED BANK<br>PO BOX 8<br>ATMORE AL 36504-0008 | 27 UNITED STATES ATTORNEY GENERAL<br>OF THE NORTHERN DISTRICT OF FL<br>111 N ADAMS ST<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 UNITED STATES ATTORNEYS OFFICE      29 UNITED STATES DISTRICT COURT      30 UNITED STATES TRUSTEE
NORTHERN DISTRICT OF FLORIDA           NORTHERN DISTRICT OF FLORIDA         110 E PARK AVENUE
PENSACOLA DIVISION                     1 N PALAFOX ST                       SUITE 128
21 E GARDEN ST STE 400                 14-CV-00565-RV-CJK                   TALLAHASSEE FL 32301-7728
PENSACOLA FL 32502-5675                PENSACOLA FL 32502-5665

31 WHITNEY BANK A MISSISSIPPI STATE    32 JYOTIBEN H PATEL                  33 MARTIN S LEWIS
CHARTERED BANK FORMERLY KNOWN AS       8837 HWY 87 SOUTH                    LEWIS  JURNOVOY PA
HANCOCK BANK                           MILTON FL 32583-7530                 1100 NORTH PALAFOX ST
2510 14TH ST                                                                PENSACOLA FL 32501-2608
GULFPORT MS 39501-1948

                                       DEBTOR
34 MARY W COLON                        35 PANKAJ L PATEL                    36 STEVEN D JURNOVOY
PO BOX 14596                           8837 HWY 87 SOUTH                    LEWIS  JURNOVOY PA
TALLAHASSEE FL 32317-4596              MILTON FL 32583-7530                 1100 NORTH PALAFOX STREET
                                                                            PENSACOLA FL 32501-2608
```