**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO 17-30759-KKS** |
| **PATEL, PANKAJ L** | **Chapter: 7** |
| **PATEL, JYOTIBEN H,** | |
|       **DEBTOR(S).** | |
| _____/ | |

## NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

**TO:** Debtor(s), Creditors, and Parties in Interest

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:
   Equity interest in 2005 ($2,550); Debit:EBTFood stamps ($199).

2. Manner of Sale:    Private ( X )*    Public Auction ( )

3. Terms of Sale: (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   Private sale to PANKAJ L PATEL and JYOTIBEN H PATEL of property identified above for a total of $2,749.00 payable at the rate of $229.09 per month for twelve (12) consecutive months with the first payment due on November 15, 2017. Payment shall be made to Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317. This sale is "as is", "where is" with no warranties expressed or implied. The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchase(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only) The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of $200.00 more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: <u>October 17, 2017</u>                    <u>/S/ Mary W. Colón</u>
MARY W. COLÓN
Chapter 7 Trustee
Smith, Thompson, Shaw, et al
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
Florida Bar No. 0184012
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on October 17, 2017.

<u>/S/ Mary W. Colón</u>
MARY W. COLÓN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: PATEL, PANKAJ L<br>PATEL, JYOTIBEN H | CASE NO: 17-30759-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/17/2017, I did cause a copy of the following documents, described below,

Trustee's Report and Notice of Intention to Sell Property of the Estate at Auction,

Notice of Intent to Sell Property of the Estate

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2017

/s/ Mary W. Colon
Mary W. Colon  0184012
Mary W. Colon, Trustee
P O Box 14596
Tallahassee, FL  32317
850 893 4105
janet@marycolon.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: PATEL, PANKAJ L<br>PATEL, JYOTIBEN H | CASE NO: 17-30759-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/17/2017, a copy of the following documents, described below,

Trustee's Report and Notice of Intention to Sell Property of the Estate at Auction,

Notice of Intent to Sell Property of the Estate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Trustee
Mary W. Colon
P O Box 14596
Tallahassee, FL  32317

CASE INFO

```
1 LABEL MATRIX FOR LOCAL NOTICING      2 GULF WINDS FEDERAL CREDIT UNION     3 PRA RECEIVABLES MANAGEMENT LLC
11293                                    CO STEPHEN A ORSILLO                   PO BOX 41021
CASE 17-30759-KKS                        POST OFFICE BOX 3637                   NORFOLK VA 23541-1021
NORTHERN DISTRICT OF FLORIDA             TALLAHASSEE FL 32315-3637
PENSACOLA
TUE OCT 17 13-20-31 EDT 2017

4 SHULER SHULER REAL ESTATE            5 BANK OF AMERICA                      6 CHEX SYSTEMS
  AUCTIONEERS INC                        4500 S 129TH AVE                       7805 HUDSON RD STE 100
  422 JULIA STREET                       STE 177                                ATTN - CUSTOMER RELATIONS
  TITUSVILLE FL 32796-3523               TULSA OK 74134                         SAINT PAUL MN 55125-1703

7 COHEN GOLDSTEIN GOTTLIEB LLP         8 CONSERVE                             9 CRAIG OLMSTEAD
  LEE S GOLDSTEIN ESQ                    PO BOX 1528                            234 OFFICE PARK AVE
  990 HAMMOND DRIVE                      FAIRPORT NY 14450-7528                 GULF SHORES AL 36542-3432
  STE 990
  ATLANTA GA 30328-5519

10 DEKALB COUNTY CLERK OF COURT        11 INTERNAL REVENUE SERVICE            12 DEPARTMENT OF THE TREASURY
   556 N MCDONOUGH ST                     CENTRALIZED INSOLVENCY OPERATIONS      PO BOX 830794
   1SCV44527-9                            PO BOX 7346                            BIRMINGHAM AL 35283-0794
   DECATUR GA 30030-3355                  PHILADELPHIA PA 19101-7346

13 DISCOVER BANK                       14 DISCOVER CARD                       15 EQUIFAX DISPUTES
   DISCOVER PRODUCTS INC                  PO BOX 71084                           PO BOX 740256
   PO BOX 3025                            CHARLOTTE NC 28272-1084                ATLANTA GA 30374-0256
   NEW ALBANY OHIO 43054-3025

16 EXPERIAN                            17 GLOBAL CLIENT SOLUTIONS             18 GULF WINDS FEDERAL CREDIT UNION
   475 ANTON RD                           4500 S 129TH EAST AVE                  220 EAST NINE MILE ROAD
   COSTA MESA CA 92626-7037               STE 177                                PENSACOLA FL 32534-3145
                                          TULSA OK 74134-5870

19 HOSPITALITY INTERNATIONAL INC       20 ISH HOSPITALITY LLC                 21 NATIONSTAR MORTGAGE
   1726 MONTREAL CIRCLE STE 110           8837 HWY 87 SOUTH                      PO BOX 619063
   TUCKER GA 30084-6820                   MILTON FL 32583-7530                   DALLAS TX 75261-9063

22 SMALL BUSINESS ADMINISTRATION       23 SMALL BUSINESS ADMINISTRATION       24 SMALL BUSINESS ADMINISTRATION
   801 TOM MARTIN DRIVE SUITE 120         PO BOX 740192                          ST LOUIS DISTRICT OFFICE
   BIRMINGHAM AL 35211-6424               ATLANTA GA 30374-0192                  1222 SPRUCE ST
                                                                                 ST 10103
                                                                                 SAINT LOUIS MO 63103-2818

25 TRANSUNION DISPUTES                 26 UNITED BANK                         27 UNITED STATES ATTORNEY GENERAL
   PO BOX 900                             PO BOX 8                               OF THE NORTHERN DISTRICT OF FL
   WOODLYN PA 19094-0060                  ATMORE AL 36504-0008                   111 N ADAMS ST
                                                                                 4TH FLOOR
                                                                                 TALLAHASSEE FL 32301-1730
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 UNITED STATES ATTORNEYS OFFICE       29 UNITED STATES DISTRICT COURT      30 UNITED STATES TRUSTEE
NORTHERN DISTRICT OF FLORIDA            NORTHERN DISTRICT OF FLORIDA         110 E PARK AVENUE
PENSACOLA DIVISION                      1 N PALAFOX ST                       SUITE 128
21 E GARDEN ST STE 400                  14-CV-00565-RV-CJK                   TALLAHASSEE FL 32301-7728
PENSACOLA FL 32502-5675                 PENSACOLA FL 32502-5665

31 WHITNEY BANK A MISSISSIPPI STATE     32 JYOTIBEN H PATEL                  33 MARTIN S LEWIS
CHARTERED BANK FORMERLY KNOWN AS        8837 HWY 87 SOUTH                    LEWIS  JURNOVOY PA
HANCOCK BANK                            MILTON FL 32583-7530                 1100 NORTH PALAFOX ST
2510 14TH ST                                                                 PENSACOLA FL 32501-2608
GULFPORT MS 39501-1948


                                        DEBTOR

34 MARY W COLON                         35 PANKAJ L PATEL                    36 STEVEN D JURNOVOY
PO BOX 14596                            8837 HWY 87 SOUTH                    LEWIS  JURNOVOY PA
TALLAHASSEE FL 32317-4596               MILTON FL 32583-7530                 1100 NORTH PALAFOX STREET
                                                                             PENSACOLA FL 32501-2608
```