UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:  
**PATEL, PANKAJ L,**  
PATEL, JYOTIBEN H,

CASE NO.: **17-30759-KKS**  
CHAPTER 7

      Debtor(s).  
_____/

## STATEMENT OF AUCTIONEER
## AND APPLICATION FOR COMPENSATION AND EXPENSES

The auctioneer, Cliff Shuler, pursuant to Bankruptcy Rule 6006(b) (2), and 11 U.S.C. §330, pursuant to requirements of Rule 6004(f)(1) files this Statement of Auctioneer and Application for Compensation and Expenses and states:

    1.    That the employment of the auctioneer was duly authorized by this Court's Order dated October 12, 2017.

    2.    That the auctioneer conducted a public auction of property of the estate on November 25, 2017.

    3.    That attached to this Statement is Exhibit "A" (itemization of the property sold, the name of each purchaser, and the price received for each item or lot).

    4.    That the auctioneer's usual and customary fee is ten percent (10%) of the gross sale price of the property sold. The total amount bid at auction was $ 3,250.00, and the auctioneer requests compensation in the amount of $ 325.00.

    5.    That the auctioneer incurred expenses in connection with the sale of the property as set forth on the attached statement in the amount of $ 352.47.

    6.    The auctioneer has requested payment of compensation and expenses in the total amount of $ 678.47 and requests that this Court consider the reasonableness of the fees and expenses paid and request that total sum, paid by the Trustee, be allowed and approved at this time by the court.

    DATED:    December 05, 2017

_____  
SHULER & SHULER REAL ESTATE AUCTIONEERS, INC  
Debra Shuler  
422 Julia Street  
Titusville, FL 32796  
321-267-8563

    I CERTIFY that a copy of the foregoing was furnished by Electronic Mail or U.S. Mail, postage prepaid, this _____ day of _____ to the Office of the United States Trustee; 110 East Park Avenue, Suite 128, Tallahassee, Florida 32301

_____  
Mary W. Colon, Trustee

Seller Settlement

**Cliff Shuler Auctioneers AB#9/AU#14**
**Shuler & Shuler Real Estate Auctioneers**
**422 Julia St., Titusville, FL 32796**
**www.soldfor.com,**
**Phone: 321-267-8563   Fax: 321-383-3147**

| CO #: | 4241 |
|---|---|
| Auction Date: | 11/25/2017 |
| Page: | 1 |

<u>Seller: B20807</u>
Mary W Colon, Trustee
P.O. Box 14596
Tallahassee, FL 32317
Phone:(850) 241-0144

*Patel 17-30759*

Auction: 2017 11 25 BY

| Lot# | Description | Item Description | Amount |
|---|---|---|---|
| 87 | HWY 87 S, EAST MILTON, FL COMMERCIAL VACANT PARCEL | Auction Price<br>#1339 James M Manning<br>Manning Property Investments, Llc<br>675 Camp RD<br>Cocoa, FL 32927<br>Phone: (321) 288-5476<br>M592-453-75-326-0 | 3,250.00 |
| | | Expense - 2 hrs research area property owners for postcard mailing | ( 50.00) |
| | | Expense - info, photo on website | ( 5.00) |
| | | Expense - NABT post | ( 5.00) |
| | | Expense - Landwatch listing | ( 10.00) |
| | | Expense - prorata advertising | ( 151.86) |
| | | Expense - prorata labor | ( 131.61) |
| | | PAYMENT TO SELLER - shuler ck # 3376 | ( 3,250.00) |

|  |  |
|---|---|
| Total Quantity: | 1.00 |
| Total Gross Sale: | 3,250.00 |
| Total Expenses: | ( 353.47) |
| Total Commission: | ( 325.00) |
| Total Due to Seller: | 2,571.53 |
| Total Payments: | ( 3,250.00) |
| Balance: | $-678.47 |

Negative Balance, No Inventory Remaining, Consignor Owes Money
No inventory remains for this Seller

Thank you for allowing us to conduct your Auction.  If you have questions regarding this report, please contact us at 321-267-8563 or soldfor@soldfor.com.  Like us on Facebook at Cliff Shuler Auctioneers.   Visit our website at www.soldfor.com.

EXHIBIT "A"