**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**IN RE:**                                          **CASE NO. 17-30759-KKS
CHAPTER 7**

**PATEL, PANKAJ L
PATEL, JYOTIBEN H,**

       **Debtor(s).**
_____/

**TRUSTEE'S REPORT OF SALE (re: Doc. 28)**

**COMES NOW** Mary W. Colón, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1.      Trustee noticed her intention to sell property of the estate as described in said Notice of Intent to Sell Property of the Estate (Doc. 28).

2.      The Trustee received no objections to the sale.

3.      Accordingly, Trustee hereby acknowledges the consummation of each sale to the Debtor(s) and the sum of $2,749.00 has been deposited into estate account.

**DATED**: January 12, 2018.

                  /s/ Mary W. Colón_____
                  MARY W. COLÓN
                  Post Office Box 14596
                  Tallahassee, Florida 32317
                  Telephone: (850) 241-0144
                  Fax: (850) 702-0735
                  trustee@marycolon.com